**FILED**
May 11, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>          Plaintiff,    )<br>v.                              )<br>                              )<br>KELVIN MAXIMILLION STANFORD, )<br>                              )<br>          Defendant.   ) | CASE NUMBER: 2:12-mj-00117-CKD<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Kelvin Maximillion Stanford</u>; Case <u>2:12-mj-00117-CKD</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

__ Bail Posted in the Sum of _____

_X_ Unsecured Appearance Bond in the amount of <u>$25,000</u>, co-signed by defendant's wife.

__ Appearance Bond with 10% Deposit

__ Appearance Bond secured by Real Property

__ Corporate Surety Bail Bond

_X_ (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on  5/11/12  at 3:55 p.m

By _____
Carolyn K. Delaney
United States Magistrate Judge